# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RIGOBERTO LUNA LUNA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | No. CV 24-03293-WDK (DFM)<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition (Docket No. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge ("Report," Docket No. 15). No objections were filed. The Court accepts the Report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS SO ORDERED.

Date: May 8, 2025

WILLIAM D. KELLER
United States District Judge