JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RIGOBERTO LUNA LUNA, Petitioner, v. WARDEN, Respondent. | No. CV 24-03293-WDK (DFM) JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, Douglas F. McCormick.

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

IT IS SO ORDERED.

Date: May 8, 2025

WILLIAM D. KELLER
United States District Judge